1  Tyler A. Brown (State Bar No. 121350)
   Janelle J. Sahouria (State Bar No. 253699)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, California  94111-4615
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401
   E-mails: brownt@jacksonlewis.com
5  E-mails: Janelle.Sahouria@jacksonlewis.com

6  Attorneys for Defendant
   BROOKDALE SENIOR LIVING, INC.
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | VICKI MYERS, an individual, | Case No.  3:16-CV-05364-JCS |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| BROOKDALE SENIOR LIVING, INC., a Delaware corporation; and DOES 1-50, inclusive, | Complaint Filed:  September 19, 2016 |
| Defendant. | |

1

STIPULATION OF DISMISSAL                                    Case No. 3:16-CV-05364-JCS

IT IS HEREBY STIPULATED by and between the parties to this action though their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: March 30, 2017                    JACKSON LEWIS P.C.

By  /s/ Tyler A. Brown
Tyler A. Brown
Janelle J. Sahouria
Attorneys for Defendant
BROOKDALE SENIOR LIVING, INC.

Dated: March 30, 2017                    LAW OFFICES OF GENE H. SHIODA

By _____
Gene H. Shioda
Attorneys for Plaintiff
VICKI MYERS

Dated: March 31, 2017

IT IS SO ORDERED
Judge Joseph C. Spero

4832-6804-4614, v. 1

---

2

STIPULATION OF DISMISSAL                              Case No. 3:16-CV-05364-JCS